**FILED**

APR 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
    v. )
    Sinnicy Janaway )
        Defendant. )

Case No. 02-511-GEB

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _____, Case No. _____,

Charge _____

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✓ Release on Personal Recognizance

    ___ Bail posted in the sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ___ (Other) _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4-22-05,

19 ___ at _____ a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services